# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-25
Lower Tribunal No. 20-17789
_____

**Don Smith,**
Appellant,

vs.

**Lisa Meltzer, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Golden Law, E. Scott Golden, and M. Mendel Kass (Fort Lauderdale), for appellant.

Jay M. Levy, P.A., and Jay M. Levy, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

MILLER, J.

*UPON PARTIAL CONCESSION OF ERROR*

Appellant, Don Smith, challenges a final order dismissing his lawsuit against appellee, Lisa Meltzer, as Personal Representative of the Estate of Joan Saperstein, with prejudice and imposing attorney's fees and costs as a sanction for noncompliance with a court order requiring him to retain counsel or file a notice of intent to proceed *pro se*. It is well-established under Florida law that dismissing a case for noncompliance with a court order is "the most severe of all sanctions which should be employed only in extreme circumstances." Mercer v. Raine, 443 So. 2d 944, 946 (Fla. 1983). Because Smith was not afforded notice or an opportunity to be heard and the order of dismissal was not accompanied by any finding of deliberate and contumacious disregard of the court's authority, bad faith, willful disregard, gross indifference, or conduct evincing deliberate callousness, we reverse and remand for further proceedings. Id.; see also Kozel v. Ostendorf, 629 So. 2d 817, 818 (Fla. 1993).

Reversed and remanded.